| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **District of Nevada** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **ASSURED ACQUISITIONS LLC** | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 9 2 – 2 3 9 6 3 0 0 | |
| 4. Debtor's address | **Principal place of business**  **5210 Manse Rd**  Number     Street  **Pahrump, NV 89061-7007**  City     State     ZIP Code  **Nye**  County | **Mailing address, if different from principal place of business**  Number     Street  City     State     ZIP Code  **Location of principal assets, if different from principal place of business**  Number     Street  City     State     ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **ASSURED ACQUISITIONS LLC**  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___  ___  ___  ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                   MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                     MM / DD / YYYY<br>        Case number, if known _____ |

Debtor  **ASSURED ACQUISITIONS LLC**  Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>   City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **ASSURED ACQUISITIONS LLC**  Case number *(if known)*
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2025**
               MM/ DD/ YYYY

X  **/s/ JOHN COMPAGNO**                               **JOHN COMPAGNO**
   Signature of authorized representative of debtor       Printed name

Title  **MEMBER -MANAGER**

**18. Signature of attorney**

X  **/s/ David A. Riggi**          Date  **05/28/2025**
   Signature of attorney for debtor                  MM/ DD/ YYYY

**David A. Riggi**
Printed name

**Riggi Law Firm**
Firm name

**7900 W Sahara Ave Suite 100**
Number       Street

**Las Vegas**                          **NV**        **89117**
City                               State       ZIP Code

                                 **riggilaw@gmail.com**
Contact phone                       Email address

                                 **NV**
Bar number                          State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Fill in this information to identify the case:

Debtor name: **ASSURED ACQUISITIONS LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  **ASSURED ACQUISITIONS LLC**  Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

Fill in this information to identify the case:

Debtor name: **ASSURED ACQUISITIONS LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2025**
             MM/ DD/ YYYY

X **/s/ JOHN COMPAGNO**
Signature of individual signing on behalf of debtor

**JOHN COMPAGNO**
Printed name

**MEMBER -MANAGER**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **ASSURED ACQUISITIONS LLC**           CASE NO

                                                                                 CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **05/28/2025**     Signature     **/s/ JOHN COMPAGNO**
                                                            JOHN COMPAGNO, MEMBER -MANAGER

ASSURED ACQUISITIONS LLC
5210 MANSE RD
PAHRUMP, NV 89061-7007


DS FARMS LTD LLC
1101 S NEVADA HIGHWAY 160
PAHRUMP, NV 89048-4700


INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT
PO BOX 7346
PHILADELPHIA, PA 19101-7346


LEBSACK AND WEYHRAUCH
838 11TH ST NE
MASON CITY, IA 50401-2332


NEVADA DEPT OF EMPL
SECURITY
500 E 3RD ST
CARSON CITY, NV 89713-0001


NV DEPT OF TAXATION
BANKRUPTCY SECTION
500 E WASHINGTON AVE STE 13000
LAS VEGAS, NV 89101-1000


NYE COUNTY ASSESSOR
170 FLOYD DR
PAHRUMP, NV 89060-0106


NYE COUNTY TREASURER
170 FLOYD DR STE 2
PAHRUMP, NV 89060-0107

RIGGI LAW FIRM
7900 W SAHARA AVE SUITE 100
LAS VEGAS, NV 89117


RUSTY BROWN EVERPRO LLC
2824 ABACA CT
LAS VEGAS, NV 89117-0677


SETTLEMEYER 2006 TRUST
13375 GABRIEL ST
HENDERSON, NV 89044-9515


SMALL BUSINESS
ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20416


STATE OF NV DMV
ATTN: LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

**RESOLUTION AND DECLARATION OF ASSURED ACQUISITIONS LLC**

The undersigned, the member/s of ASSURED ACQUISITIONS LLC (the "Company"), hereby approves and adopts the following resolutions effective no later than as of May 28, 2025:

RESOLVED that in the judgment of the Company, and upon the advice of insolvency counsel, and, for various reasons (including, but not limited to, retention of 6811 N. Gahn Drive, Pahrump. NV 89060) it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that John Compagno (the "Authorized Person," and "Responsible Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case (which includes preparation of tax returns and financial statements which are not currently prepared) but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and it further

DECLARED that, as part of the required disclosures under section 1116 of Title 11 of the United States Code, and under penalty of perjury, no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed.

IN WITNESS WHEREOF, the undersigned, on behalf of the Company and by execution hereof, hereby approves this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

Resolved, Declared and Approved by ASSURED ACQUISITIONS LLC

DATED: May 28, 2025

By:    /s/John Compagno
John Compagno
Member-manager